UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**Demetrius Williams,**

      *Petitioner,*

**v.**

      Case No. 3:21-cv-186
      Judge Thomas M. Rose
      Magistrate Judge Michael R. Merz

**Chae Harris, Warden,**
    **Lebanon Correctional Institution,**

      *Respondent.*

---

**DECISION AND ENTRY ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE MERZ, (ECF 11, 14), OVERRULING PETITIONER'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS, (ECF 12, 15), DENYING A CERTIFICATE OF APPEALABILITY, AND TERMINATING CASE.**

---

Pending before the Court are a Report and Recommendation, (ECF 11), suggesting that the Court deny Petitioner's Petition for a Writ of Habeas Corpus. (ECF 1).  Petitioner filed Objections, (ECF 12), prompting the Magistrate Judge, after a recommittal, (ECF 13), to file a Supplemental Report and Recommendation. (ECF 14).  Petitioner then filed Objections (ECF 15) to the Magistrate's Supplemental Report and Recommendation. The Magistrate Judge recommends that the Petition be dismissed with prejudice.  He also recommends finding that reasonable jurists would not disagree with this conclusion, that Petitioner be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case, taking into consideration both of Petitioner's objections.  Upon said review, the Court finds that Petitioner's Objections, (ECF 12, 15), to the Magistrate Judge's Supplemental Report and Recommendations, (ECF 11, 14), are not well taken and they are hereby **OVERRULED**.  The Court **ADOPTS IN FULL** the Magistrate Judge's Reports and Recommendations. (ECF 26, 31).   The case is **TERMINATED**.

**DONE** and **ORDERED** this Tuesday, April 5, 2022.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE